UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60729-RAR

MC & VC CORP.,

    Plaintiff,

v.

SCOTTSDALE INSURANCE CO.,

    Defendant.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 59] ("Report"), filed on March 14, 2022. The Report recommends that Defendant's Verified Motion for Attorney's Fees and Costs and Motion for Costs Not Recoverable Under 28 U.S.C. § 1920 but Recoverable Under Fla. Stat. § 768.79 ("Motion") [ECF No. 56], filed on February 2, 2022, be granted and that the Court award Defendant attorneys' fees in the amount of $10,332.00 and non-taxable costs in the amount of $562.50, for a total award of $10,894.50. *See* Report at 5. The Report properly notified the parties of their right to object to Magistrate Judge Strauss's findings and the consequences for failing to object. *Id.* at 5–6. Neither party objected to the Report.

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). However, when no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." FED. R. CIV. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has

acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

Because the parties have no objections to the Report, the Court did not conduct a *de novo* review of Magistrate Judge Strauss's findings.  Rather, the Court reviewed the Report for clear error.  Finding none, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 59] is **AFFIRMED AND ADOPTED**.  Defendant's Motion [ECF No. 56] is **GRANTED**.  Defendant is awarded attorneys' fees in the amount of $10,332.00 and non-taxable costs in the amount of $562.50, for a total award of $**10,894.50** against Plaintiff.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of March, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**